**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JESUS LUIS TAVIRA-CARBAJAL,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CIVIL NO. 1:26-CV-607-ADA** |
| **Pamela Bondi, United States Attorney General, et al.,** | § | |
| **Respondents.** | § | |

## <u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>

Before the Court is Petitioner Jesus Luis Tavira-Carbajal's ("Petitioner") Petition for Writ of Habeas Corpus under 26 U.S.C. § 2241, filed on March 14, 2026. Dkt. No. 1. On March 18, 2026, this Court ordered the Federal Respondents to show cause as to why the petition should not be granted. Dkt. No. 3. Respondents filed their response to the Petition on March 23, 2026. Dkt. No. 4. Petitioner filed a reply on March 30, 2026, arguing that because the warrant for his arrest cited to 8 U.S.C. § 1226(a), he must be eligible for bond. Dkt. No. 5. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's Petition for Writ of Habeas Corpus should be denied and his non-habeas claims should be dismissed without prejudice.

The Fifth Circuit has rejected Petitioner's statutory argument in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225 rather than § 1226. The Court finds that the Fifth Circuit's ruling forecloses Petitioner's argument even if his warrant cited to the different provision.

The Court has likewise denied similar habeas relief on constitutional grounds, as well as challenges brought under the Administrative Procedure Act. *See Hernandez v. Collins, et al.*, No. 1:26-CV-00289-ADA-ML (W.D. Tex. Mar. 9, 2026). The Court incorporates by reference its prior analysis denying habeas relief in *Hernandez.* For the reasons stated previously and incorporated herein, the Court finds that Petitioner's requested relief should be denied.

**IT IS THEREFORE ORDERED** that Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. No. 6) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on April 7, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE